UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Operating Engineers Local #49 Health
and Welfare Fund and Central Pension
Fund of the International Union of
Operating Engineers and Participating
Employers, Local #49 International
Union of Operating Engineers and
Associated General Contractors of
Minnesota Apprenticeship and Training
Program and their Trustees,

        Plaintiffs,

vs.                                                                                                       ORDER

Thielen Construction Co., Inc.,

        Defendant.                                        Civ. No. 05-2435 (PAM/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

That the Plaintiffs' Complaint is dismissed, without prejudice, for failure to comply with the terms of our Order of December 21, 2005, and for lack of prosecution.

        BY THE COURT:

        s/ Paul A. Magnuson
Dated: March 13, 2006        Judge Paul A. Magnuson
At St. Paul, Minnesota        United States District Court